UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 14-mj-1024 (MJD)

_____

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **DEFENDANT'S MOTION IN OPPOSITION TO THE PLAINTIFF'S MOTION FOR REVIEW AND REVOCATION OF ORDER RELEASING DEFENDANT** |
| v. | |
| Abdullahi Yusuf, | |
| Defendant. | |

The above-named Defendant, by and through his attorney, respectfully moves this Court for an order denying Plaintiff's Motion for Review and Revocation of Order Releasing Defendant.

This motion is based upon the Complaint, the accompanying Memorandum in Support of Defendant's Opposition to the Plaintiff's Motion for Review and Revocation of Order Releasing Defendant, all of the files, records, proceedings, recordings of proceedings, transcripts and any and all other matters which may be presented prior to or at the time of the hearing of this motion.

BRANDL LAW, LLC

Dated:  December 3, 2014            By: s/Jean M. Brandl
                                        Jean M. Brandl (#0387260)
                                        Attorney for Defendant
                                        310 Fourth Ave. S., Suite 5010
                                        Minneapolis, MN 55415
                                        612-206-3773
                                        Jean@BrandlLaw.com

1